UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARRED STRATTON,

        Plaintiff,                        Hon. Phillip J. Green

v.

                                          Case No. 1:18-CV-1248

RAMIRO PADILLA, et al.,

        Defendants.
_____/

## ORDER AND JUDGMENT

Consistent with the Opinion filed this day, Plaintiff's Motion for an Award of Damages, (ECF No. 90), is hereby granted in part and held in abeyance in part. Specifically, judgment in the amount of forty-six thousand, five hundred dollars and zero cents ($46,500.00) is awarded in Plaintiff's favor and against Defendant Padilla.  Plaintiff shall also, no later than 21 days of the date of this Order and Judgment, submit to the Court a properly supported motion for costs and attorneys' fees.

**IT IS SO ORDERED**.

Date: March 25, 2021                                     /s/ Phillip J. Green
                                                                     PHILLIP J. GREEN
                                                                       United States Magistrate Judge