UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARRED STRATTON,

    Plaintiff,                                     Hon. Phillip J. Green

v.

                                               Case No. 1:18-cv-1248

RAMIRO PADILLA, et al.,

    Defendants.
_____/

## ORDER AND JUDGMENT

Consistent with the Opinion filed this day, Plaintiff's Motion for an Award of Costs and Attorney's Fees (ECF No. 95) is hereby **GRANTED**. Specifically, judgment in the amount of $31,541.97 is awarded in favor of Plaintiff and against Defendant Padilla.

**IT IS SO ORDERED**.

Date: May 24, 2021                                              /s/ Phillip J. Green
                                                                    PHILLIP J. GREEN
                                                                    United States Magistrate Judge